## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alvarez Jr, Salvador
Alvarez, Concepcion
Printed: 7/29/08

Case Number:  08 B 04922
Judge:  Squires, John H
Filed:  3/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  June 18, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Home Loan Services | Secured | 0.00 | 0.00 |
| 2. | Condor Capital Corp | Secured | 15,155.00 | 0.00 |
| 3. | Home Loan Services | Secured | 20,740.58 | 0.00 |
| 4. | US Bank | Unsecured | 366.80 | 0.00 |
| 5. | Condor Capital Corp | Unsecured | 437.13 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 221.07 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 3,654.65 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 200.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 1,169.62 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 12. | MRSI | Unsecured | | No Claim Filed |
| 13. | I C Systems Inc | Unsecured | | No Claim Filed |
| 14. | KCA Financial Services | Unsecured | | No Claim Filed |
| 15. | Sprint | Unsecured | | No Claim Filed |
| 16. | T Mobile USA | Unsecured | | No Claim Filed |
| 17. | Collection | Unsecured | | No Claim Filed |
| | | | $ 41,944.85 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Alvarez Jr, Salvador
Alvarez, Concepcion
Printed: 7/29/08

Case Number:  08 B 04922
Judge:  Squires, John H
Filed:  3/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: